| | |
|---|---|
| **United States Of America** )  | |
| ) | ORDER MODIFYING AND |
| vs. ) | |
| ) | CONTINUING SUPERVISION |
| **Charles J. Lopez** ) | |

On December 11, 2012, Charles J. Lopez appeared before the Honorable James E. Gates, U.S. Magistrate Judge in the Eastern District of North Carolina, and pursuant to an earlier plea of guilty to Driving While Impaired (Level-3) in violation of 18 U.S.C. § 13, assimilating N.C.G.S. 20-138.1 and Resist, Delay and Obstruct in violation of 18 U.S.C. § 13, assimilating N.C.G.S. 14-223, was sentenced to a 12-month term of probation.

From evidence presented at the revocation hearing on February 26, 2013, the court finds as a fact that Charles J. Lopez, who is appearing before the court with counsel, has violated the terms and conditions of the probation judgment as follows:

1. Criminal conduct.
2. Failure to report to the probation officer as directed by the court or probation officer.
3. Failure to obtain a substance abuse assessment within 30 days as directed.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the probation sentence heretofore granted be continued with the following modifications:

1. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

2. The defendant shall be confined in the custody of the Bureau of Prisons for a period of 30 days, commencing as arranged by the United States Probation Office and shall abide by all rules and regulations of the designated facility.

**IT IS FURTHER ORDERED** that except as herein modified, the Judgment shall remain in full force and effect.

This the 26th day of February, 2013.

_____
James E. Gates
United States Magistrate Judge